IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

COURT-PROVIDED FORM
COMPAINT FOR INMATE
SUIT UNDER 42 U.S.C. § 1983

RECEIVED

2005 MAY -2  A 10: 28

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

__Darryl Liggins__
The name under which you were convicted

__184051__
Your prison number

vs. __Prison Health Service Here at Holman Prison__
Name of Defendant(s)

CIVIL ACTION NO. __2:05cv401-T__
(To be supplied by the Clerk of the District Court)

__W. C. Holman Correctional Facility__
Place of Confinement

**A. INSTRUCTIONS - READ CAREFULLY: THE CLERK WILL NOT FILE YOUR COMPLAINT UNLESS IT CONFORMS TO THESE INSTRUCTIONS AND TO THESE FORMS.**

1. Form.   Your complaint must be clearly handwritten or typewritten. The plaintiff must sign the complaint. Your signature does not have to be witnessed by a notary public. Any false statement of material fact may serve as the basis for prosecution and conviction for perjury.

2. Proper Court.   Your complaint can be brought in this Court only if all the people you sue are located within the "Southern District of Alabama (which includes the following counties: Mobile, Baldwin, Escambia, Washington, Clarke, Monroe, Conecuh, Choctaw, Marengo, Wilcox, Dallas, Hale and Perry) or if your claim arose in one of those counties.

3. Separate Case.   It is necessary to file a separate complaint for each claim unless the claims are related to the same incident or issue. You are required to furnish, so that the United States Marshal can complete service, the correct name and address of each person you named as a defendant. A PLAINTIFF IS REQUIRED TO GIVE INFORMATION TO THE UNITED STATES MARSHAL TO COMPLETE SERVICE OF THE COMPLAINT UPON ALL PERSONS NAMED AS DEFENDANTS.

4. Cite No Legal Authority.   No legal citations should be set out in the complaint.

5. <u>Fees.</u>   In order for this complaint to be filed, it must be accompanied by the filing fee of $120.00. In addition, the United States Marshal will require you to pay the cost of serving the complaint on each of the defendants.

If you are unable to pay the filing fee and service costs for this action, you may ask the court to let you proceed without prepayment of fees and costs. Two blank motions for this purpose are included. One copy should be filed with your complaint; the other copy is for your records.

If you wish to proceed without prepayment of fees and costs, you must have an authorized officer at the jail or prison complete the financial statement mailed to you with this form, and also complete and mail to the clerk of this court a copy of the "Motion to Sue Without Prepaying Fees and Costs" mailed to you with the complaint.

What amount, if any, of the filing fee and the cost of serving the complaint you will be required to pay will be determined from the information supplied to the court by you and the penal institution.

1. PREVIOUS LAWSUITS.

   A. Have you filed any other lawsuits in state or federal court dealing with the same or similar facts involved in this action:   Yes ( )   No (✓)

   B. Have you filed other lawsuits in state or federal court relating to your imprisonment:
      Yes ( )   No (✓)

   C. If your answer to questions A or B above is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.

      1. Parties to this previous lawsuit

         Plaintiffs: _____

         _____

         Defendants: _____

         _____

      2. Court (if federal court, name the district; if state court, name the county): _____

         _____

      3. Docket Number: _____

      4. Name of judge to whom the case was assigned: _____

         _____

      5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?)

         _____
         _____

      6. Approximate date of filing lawsuit: _____

      7. Approximate date of ruling by court: _____

II. PLACE OR INSTITUTION WHERE GRIEVANCE OCCURRED: _____
W.C. HOLMAN CORRECTIONAL FACILITY

   A. Is there a prisoner grievance procedure in this institution?   Yes (✓)   No ( )

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
      Yes (✓)   No ( )

   C. If your answer is YES:
      1. What steps did you take? I filed numerous medical and grievance
      2. What was the result? NO ANSWER/REPLY

   D. If your answer is NO, explain why not. _____

III. PARTIES.

   (In Item A below, place your name on the first line and place your present address on the second line. Do the same for additional plaintiffs, if any.)

   A. Name of plaintiff: Darryl Riggins
      Address: Holman Unit 3700

   B. Additional plaintiffs: _____

   (In Item C below, place the full name of the defendant of the first line, his official position on the second line, and his place of employment on the third line. Use Item D for the names, positions, and places of employment of any additional defendants.)

   C. Defendant PRISON HEALTH SERVICE is employed as NURSES at HOLMAN CORRECTIONAL FACILITY
      His present address is HOLMAN UNIT 3700 ATMORE, ALABAMA 36503

D. Additional Defendants, their positions and addresses: _____

IV. The date on which the violation occurred: January 08, 2005

V. State briefly the grounds on which you base your claim that your rights under federal law are being violated:

(a) First Claim: The nurses here are claiming I'm not having seizures and are refusing to treat me properly by sending me back to my cell to continue seizuring

Supporting Facts: On numerous occasions I've been sent out of the health care unit by first shift nurses without medical attention

(b.) Second Claim: The nurses tell the officers to take me back to my cell they can't do nothing for me

Supporting Facts: I will continue to seizure until I'm found by third shift officers who has had to sit in the hospital all night with me seizuring

(c.) Third Claim: The nurses on first shift does not carry out the doctor orders of giving me a shot to help with my seizures

Supporting Facts: The nurses of third shift follows doctors order with the shots and will always contact the doctor

VII. State briefly exactly what you want the court to do for you if you win (make no legall argument, cite no cases or statutes):

I respectfully ask that these unprofessional nurses licence be taken and PRISON HEALTH SERVICE be ordered to pay a cash reward to plaintiff in the amount of 1.1 million for suffering and pain

VIII Affirmation. By my signature below I swear or affirm under penalty of perjury that the facts set out in this complaint are true and correct.

_____
(Signature of plaintiff under penalty of perjury)