IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

RECEIVED
2005 MAY -2 A 10: 32
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Darryl Riggins #184051
Plaintiff(s)/Petitioner(s)

vs. PRISON HEALTH SERVICE
NURSING STAFF
Defendant(s)/Respondent(s)

CIVIL ACTION NO. 2:05cv401-T
(To be supplied by Clerk's Office)

### MOTION TO PROCEED WITHOUT PREPAYMENT OF FEES AND COSTS

I, Darryl Riggins #184051, a United States citizen, make this Motion to Proceed Without Prepayment of Fees and Costs pursuant to Title 28 U.S.C. §1915 in order to proceed in forma pauperis in this action. I am unable to make prepayment of fees and costs or to give security therefor, and it is my belief that I am entitled to redress. I have not divested myself of any property, monies or any items of value for the purpose or avoiding payment of said fees and costs.

I. BRIEF STATEMENT AS TO THE NATURE OF THE ACTION: PHS nursing staff at W.C. Holman Prison are giving proper medical care to plaintiff and causing imminent danger to plaintiff life

II. RESIDENCE:
Your Address: Holman Unit 3700
(Street)
Atmore (City)  Alabama (State)  36503 (Zip Code)

III. MARITAL STATUS:
1. Single ____  Married ✓  Separated ____  Divorced ____
2. If married, spouse's full name: Pamela Daniel Riggins

IV. DEPENDENTS:
1. Number: 4
2. Relationship to dependent(s): 2 daughters are step kids & daughter &
3. How much money do you contribute toward your dependents' support on a monthly basis? $ NONE

V. **EMPLOYMENT**:

1. Name of employer: _NONE_

   a. Address of employer: _NONE_
      (Street)

   _NONE_
   (City)          (State)          (Zip Code)

   b. How long have you been employed by present employer?

      Years: _____   Months: _____

   c. Income: Monthly $_____   or Weekly $_____

   d. What is your job title? _____

2. If unemployed, date of last employment: _SSI 2002_

   Amount of salary and wages received per month in last employment: $ _545.00_

3. Is spouse employed? _YES_ If so, name of employer: _Five Star Vending Company_

   a. Income: Monthly $ _unknown_   or Weekly $ _unknown_

   b. What is spouse's job title? _Vending Attendance_

4. Are you and/or your spouse receiving welfare aid? _Wife (Food Stamps)_

   If so, amount: Monthly $ _unknown_   or Weekly $ _unknown_

VI. **FINANCIAL STATUS**

1. Owner of real property (excluding ordinary household furnishings and clothing):

   a. Description: _NONE_
   b. Full Address: _NONE_
   c. In whose name? _NONE_
   d. Estimated value . . . . . . . . . . . . . . . . . . $ _NONE_
   e. Total amount owed . . . . . . . . . . . . . . . . . $ _NONE_

      Owed to: _NONE_                          $ _NONE_
               _NONE_                          $ _NONE_

   f. Annual income from property . . . . . . . . . . . $ _NONE_

2. Other assets/property, such as automobiles, boats, motor homes, court judgments, etc. (If more than two, list information on back):

   a.                                Asset (1)          Asset (2)

      Make & Model:                  _NONE_             _____
      In whose name registered?      _NONE_             _____
      Present Value of Asset:        _NONE_             _____
      Amount owed:                   _NONE_             _____
      Owed to:                       _NONE_             _____

    b. Total cash in banks, savings and loan associations, prisoner accounts, financial institutions, other repositories, or anywhere else . .$ 0.20¢

    c. List monies received during the last twelve (12) months, into your hands, into banks, savings and loan associations, prisoner accounts, other financial institutions, or other sources as indicated below:

        Business, profession or other forms of self-employment. .$ NONE

        Rent payments, interest or dividends . . . . . . . . . . $ NONE

        Pensions, annuities or life insurance payments . . . . . $ NONE

        Gifts or inheritances . . . . . . . . . . . . . . . . . .$ NONE

        Stocks, bonds or notes . . . . . . . . . . . . . . . . . $ NONE

        Tax refunds, Veteran benefits or social security benefits $ NONE

        Any other sources . . . . . . . . . . . . . . . . . . . . $50.00 Moneyorder (oct. 9/2004)

3. Obligations:

    a. Monthly rental on house or apartment . . . . . . . . . . $ NONE

    b. Monthly mortgage payments on house . . . . . . . . . . . $ NONE

4. Other information pertinent to your financial debts and obligations:

| NONE (Creditor) | NONE (Total Debt) | NONE (Monthly payment) |
|---|---|---|
| NONE (Creditor) | NONE (Total Debt) | NONE (Monthly payment) |
| NONE (Creditor) | NONE (Total Debt) | NONE (Monthly payment) |

Other (Explain): _____

VII. **ALL PLAINTIFFS/PETITIONERS MUST READ AND SIGN:**

I UNDERSTAND that any false statement(s) of a material fact contained herein may serve as the basis of prosecution and conviction for perjury or making false statements. FURTHER, I CERTIFY that all questions contained herein have been answered and are true and correct to the best of my knowledge and belief.

                                                                    _[signature]_ #184051

                                                              Signature of Plaintiff/Petitioner

VIII. **FOR PRISONER PLAINTIFFS/PETITIONERS ONLY:**

A financial statement containing all transactions in your prisoner acount for the four (4) months immediately preceding the filing of the Complaint **must** accompany this Motion. The financial statement must be in the form of a computer printout or bank ledger card prepared by the institution; a notarized financial statement that you prepare; or a financial statement prepared by an authorized officer of the institution. Failure to provide this financial statement information may result in the dismissal of this action.

The requirement to submit the financial statement addressed above does not negate your responsibility to ensure that the Certificate found below is also properly executed and filed.

### CERTIFICATE
(Prisoner Accounts Only)

I HEREBY CERTIFY that _Darryl Riggins_ has the sum of $ _0.20_
(Name of Plaintiff/Petitioner)

as of _4-1-05_ on account to his credit at the _Holman_
(date)

institution where he is confined. I FURTHER CERTIFY that the above named prisoner has the following securities to his credit according to the records of this institution:

_n/a_

_C. Brown_
Authorized Officer of Institution

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
KILBY CORRECTIONAL FACILITY

AIS #: 184051       NAME: RIGGINS, DARRYL                    AS OF: 04/04/2005

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| APR | 26 | $8.54 | $0.00 |
| MAY | 31 | $0.79 | $0.00 |
| JUN | 30 | $0.45 | $10.00 |
| JUL | 31 | $3.01 | $0.00 |
| AUG | 31 | $0.29 | $0.00 |
| SEP | 30 | $0.29 | $0.00 |
| OCT | 31 | $27.51 | $50.00 |
| NOV | 30 | $15.14 | $0.00 |
| DEC | 31 | $0.20 | $0.00 |
| JAN | 31 | $0.07 | $0.00 |
| FEB | 28 | $0.00 | $0.00 |
| MAR | 31 | $0.00 | $0.00 |
| APR | 4 | $0.00 | $0.00 |

```
                    STATE OF ALABAMA
                 DEPARTMENT OF CORRECTIONS
                HOLMAN CORRECTIONAL FACILITY


AIS #: 184051      NAME: RIGGINS, DARRYL              AS OF: 04/01/2005

                   # OF        AVG DAILY         MONTHLY
         MONTH     DAYS         BALANCE          DEPOSITS
         ------------------------------------------------------

         APR        29          $0.00            $0.00
         MAY        31          $0.00            $0.00
         JUN        30          $0.00            $0.00
         JUL        31          $0.00            $0.00
         AUG        31          $0.00            $0.00
         SEP        30          $0.00            $0.00
         OCT        31          $0.00            $0.00
         NOV        30          $0.00            $0.00
         DEC        31          $0.00            $0.00
         JAN        31          $0.09            $0.20
         FEB        28          $0.20            $0.00
         MAR        31          $0.20            $0.00
         APR         1          $0.20            $0.00
```