Riggins

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Clerk
   United States District Court
   Southern District of Alabama
   113 St. Joseph Street
   Mobile, AL 36602

2. Article Number (Transfer from service label)

   2:05 CV401 (entire file, order, 1st)
   7004 2510 0001 0150 6761

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Willie White     ☐ Agent
                      ☐ Addressee

B. Received by (Printed Name): Willie White
C. Date of Delivery: 6/2/05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes